RONALD FISHER
9595 WEST QUINCY AVENUE
LITTLETON, COLORADO
80123
Petitioner, Pro Se.



FILED
15 AUG 01 AM 10:41
DIST... UTAH
BY:
D...CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

Case No. 00-CV-912-S

UNITED STATES OF AMERICA,

          Respondent,

vs.

RONALD FISHER,

          Petitioner.

### MOTION FOR THE APPOINTMENT OF COUNSEL

Comes the Petitioner, Ronald Fisher, who respectfully moves the Court for the appointment of counsel in the above captioned § 2255 action. In support hereof, the Petitioner shows the Court as follows:

1. That on November 14, 2000, the Petitioner filed a motion pursuant to 28 USC § 2255.

2. That on March 12, 2001, this Court entered an Order requiring the United States to respond to the motion and attendant pleadings on or before April 12, 2000. As of the filing of this motion, the United States has failed to respond.

